UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00046-FDW-DCK

| | |
|---|---|
| ROBERT BARNES, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NANCY BERRYHILL, Acting )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>) | CONSENT ORDER |

This matter is before the Court on the parties' Consent Motion for Attorneys' Fees (Doc. No. 17). For the reasons stated in the consent motion, it is **GRANTED**. Plaintiff, by and through his attorney, has executed this Consent Order. Defendant has executed this Consent Order, by and through the undersigned Assistant United States Attorney. Accordingly, it appears the parties have agreed the Commissioner of Social Security should pay the sum of $4,085.00 for attorney fees in full and final settlement of all claims for attorney fees arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d).

It is therefore **ORDERED** that the Commissioner of Social Security pay to Plaintiff the sum of $4,085.00, sent to Plaintiff's counsel's office address, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

Signed: October 10, 2017

Frank D. Whitney
Chief United States District Judge

CONSENTED TO:
/s/ CHARLOTTE W. HALL
Attorney for Plaintiff
N.C. Bar # 41290
Charles T. Hall Law Firm, P.C.
P.O. Box 10629
Raleigh, NC 27605
Telephone: (919) 791-1883
Fax: (919) 791-1886
charlotte@charleshallfirm.com

/s/ PETER A. HEINLEIN
Attorney for Defendant
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
Room 646, Altmeyer Building
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (410) 965-2350
Fax: (410) 597-0137
Peter.Heinlein@ssa.gov
Maryland Bar